# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**JEFFREY A. HOOPS and PATRICIA HOOPS, Individually and Together as Husband and Wife, CLEARWATER INVESTMENT HOLDINGS, LLC,**

        Plaintiffs,

v.

**UNITED BANK,**
        **Defendant.**

Civil Action No. 3:22-cv-00072

## NOTICE OF WITHDRAWAL AS CO-COUNSEL

PLEASE TAKE NOTICE that the undersigned, Ancil G. Ramey, hereby withdraws as Co-Counsel for the Defendant, United Bank, in this matter.

**UNITED BANK**,

By Counsel

/s/ Ancil G. Ramey
Ancil G. Ramey, Esquire (WVSB #3013)
Steptoe & Johnson PLLC
825 Third Avenue, Suite 400
PO Box 2195
Huntington, WV 25722
304-526-8133
304-526-8089
ancil.ramey@steptoe-johnson.com

Peter J. Raupp, Esquire (WVSB #10546)
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
PO Box 1588
Charleston, WV 25326
304-353-8000
304-353-8180
peter.raupp@steptoe-johnson.com

                                Joseph G. Bunn, Esquire (WVSB #11319)
                                Jennifer J. Hicks, Esquire (WVSB #11423)
                                Timothy M. Miller, Esquire (WVSB #2564)
                                Babst Calland, P.C.
                                300 Summers Street, Suite 1000
                                Charleston WV 25301
                                681-205-8888
                                681-205-8814 (fax)
                                tmiller@babstcalland.com
                                jbunn@babstcalland.com
                                jhicks@babstcalland.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JEFFREY A. HOOPS and PATRICIA HOOPS, Individually and Together as Husband and Wife, CLEARWATER INVESTMENT HOLDINGS, LLC,**

           **Plaintiffs,**           Civil Action No. 3:22-cv-00072

**v.**

**UNITED BANK,**
           **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that **"NOTICE OF WITHDRAWAL AS CO-COUNSEL"** was filed and served upon counsel via the court's filing system on the 27th day of July 2022.

           Connor Robertson, Esq. (#11460)
           WESTON ROBERTSON
           2939 Virginia Avenue, Suite 2010
           Hurricane, WV  25526

           /s/ Ancil G. Ramey
           Ancil G. Ramey, Esquire (WVSB #3013)